Sunbeam Heating Company, Inc., Plaintiff, v. Edward W. Chambers et al., Defendants. Albert E. Lake, Petitioner, Peter A. Grosso, Appellee.
Appeal of Albert E. Lake et al., Appellants.

Gen. No. 41,633.

Heard in second division, first district, this court at February term, 1941; opinion filed December 30, 1941; rehearing denied January 20, 1942. Albert E. Lake, for appellants; Joseph B. Gilbert, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''